IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 3:20-CR-558-K |
| | § | 3:21-CR-136-K |
| REGINALD LAMAR DENSON | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

REGINALD LAMAR DENSON, by consent and under the authority of *United States v. Dees*, 125 F.3d 261 (5th Cir. 1997), appeared before me pursuant to FED. R. CRIM. P. 11, and entered pleas of guilty to **Counts Two and Four of the Indictment**. After cautioning and examining **REGINALD LAMAR DENSON** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary, and that the offenses charged are supported by an independent bases in fact containing each of the essential elements of each such offense. Thus, I recommend that the pleas of guilty be accepted, and that **REGINALD LAMAR DENSON** be adjudged guilty of **Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1)&(b)(1)(B), and Felon in Possession of a Firearm, in violation of 18 USC § 922(g)(1)**, and have sentence imposed accordingly.

After being found guilty of the offenses by the district judge, the defendant, who is currently in custody, should be ordered to remain in custody.

SIGNED December 7, 2021.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

**NOTICE**
Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).